## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MATTHEW HOPKINS, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Case No. 1:22-cv-01635 |
| v. | ) |
|  | ) |
| EXTERRAN CORP., MARK R. SOTIR, ANDREW J. WAY, WILLIAM M. GOODYEAR, JAMES C. GOUIN, JOHN P. RYAN, CHRISTOPHER T. SEAVER, HATEM SOLIMAN, and IEDA GOMES YELL, | ) |
|  | ) |
| Defendants. | ) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: October 12, 2022                    **RIGRODSKY LAW, P.A.**

                                           By:  */s/ Gina M. Serra*
                                           Gina M. Serra
                                           825 East Gate Boulevard, Suite 300
                                           Garden City, NY 11530
                                           (516) 683-3516
                                           gms@rl-legal.com

                                           *Attorneys for Plaintiff*